**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Nathaniel NORRIS, Defendant–
Appellant.**

No. 03–6348.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

Nathaniel Norris, Appellant Pro Se. Regan Alexandra Pendleton, Assistant United States Attorney, Harold Watson Gowdy, III, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

**PER CURIAM.**

Nathaniel Norris appeals from the district court's order denying his motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Norris,* No. CR–96–248 (D.S.C. filed Jan. 30, 2003; entered Jan. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*